# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161825

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LONNIE TODD BARNES,
     Defendant-Appellant.
_____/

SC: 161825
COA: 348038
Wayne CC: 16-001044-FC

On order of the Court, the application for leave to appeal the June 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



b0317

Clerk